# EXHIBIT A

PHILADELPHIA POLICE DEPARTMENT

# COMPLAINT OR INCIDENT REPORT

| YEAR | DIST./OCC. | D.C. No. | SECT. | DIST. | VEH. NO. | REPORT DATE |
|---|---|---|---|---|---|---|
| 26 | 09 | 122106 | 4 | CAU | C-111 | 09-17-26 |

| CRIME OR INCIDENT CLASSIFICATION | CODE | TIME OUT A/P | TIME IN A/P |
|---|---|---|---|
| Bomb Scare | 13C | 11 20 | |

| LOCATION OF OCCURRENCE | ☒ IN ☐ OUT | TYPE OF PREM. |
|---|---|---|
| 1400 JFK BLVD Rm #400 | IN | 080 |

| DATE OF OCCUR. | DAY CODE | TIME OF OCCUR. A/P | NATURE OF INJURY |
|---|---|---|---|
| 09-17-26 | 4 | 11 07 A | None |

| COMPLAINANT | AGE | RACE | SEX | PHONE (HOME) |
|---|---|---|---|---|
| C.A.U. | | | | 215 685-3684 |

| ADDRESS | PHONE (BUSINESS) |
|---|---|
| 400 N. Broad st | |

| FOUNDED | REPORT TO FOLLOW | UNIT | CODE | INV. CONT NO. |
|---|---|---|---|---|
| ☒ Yes ☐ No | ☐ Yes ☐ No ☐ Close Out | CAU | 6000 | |

| WITNESS | TRACEABLE PROP. | UNIQUE DESCRIPTION OF OFFENDER | OTHER EVIDENCE |
|---|---|---|---|
| ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |

DESCRIPTION OF INCIDENT *(Include Description of Crime Scene if Applicable)*

Inv. Promises-
C.111 on location at City Hall during City Council meeting, when Sgt at arms notified C.A.U (C-111 & C-119) There is an unattend bag on the Floor in the courtroom. The Sgt at arms (John Fenton) removed the bag from room 400

| WITNESS | ADDRESS | PHONE NUMBER |
|---|---|---|
| and notified the | Sheriff's K-9 | unit |

OFFENDER INFORMATION

Deputy Lowery #597 on location hit on the bag requested Deputy Cannady #843 K-9 to

| PROPERTY DESCRIPTION *(Include Make, Model, Color and Serial No. Where Applicable)* | PROP. CODE | INSURED | STOLEN VALUE |
|---|---|---|---|
| | | ☐ Yes ☐ No | $ |

also inv. the bag, who confirmed the hit, (positive trace amounts or chemical substance detected, Police radio notified Bomb squad. SBB - Capt. OLeary on

DC NO.

| VEHICLE 1 —OWNER'S NAME | VEHICLE 2 —OWNER'S NAME |
|---|---|
| location. Packaged | Cleared & Building |

| VEHICLE 1 —OPERATOR'S NAME | VEHICLE 2 —OPERATOR'S NAME |
|---|---|
| 12 43 pm. Owner of | the bag was located. |

| WANTED/STOLEN MESSAGE SENT (General No. / Date) | DIST./UNIT TERMINAL | RECEIPT NO. | SENT BY |
|---|---|---|---|
| | | | |

| REPORT PREPARED BY | NO. | DIST./UNIT | TOTAL PAGES | PAGE NO. |
|---|---|---|---|---|
| P/O McLaughlin | 1331 | CAU | 1 | 1 |

| REVIEWED BY | NO. | DIST./UNIT | REFERRAL DATE | CEN NO. |
|---|---|---|---|---|
| Sgt | SU | | | |

PURSUANT TO ACT 155 OF 1992, THE BELOW PERSON ACKNOWLEDGES RECEIPT OF THE NOTIFICATION OF VICTIM SERVICES FORM: